

FILED

NOV 05 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT  3:25cr556 |
| Plaintiff, | ) | |
| | ) | Judge Knepp |
| v. | ) CASE NO. | Magistrate Judge Clay |
| | ) | Title 18, United States Code, |
| BRIAN C. SARGENT, | ) | Section 2252(a)(2) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Receipt and Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From in or around November 2018 to on or about August 19, 2025, in the Northern District of Ohio, Western Division, and elsewhere, Defendant BRIAN C. SARGENT did knowingly receive and distribute any visual depiction using any means or facility of interstate or foreign commerce, the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE SPECIFICATION

The Grand Jury further charges:

2. The allegations of Count 1 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2523. As a result of the foregoing offense, defendant BRIAN C. SARGENT shall forfeit to the United States: all visual depictions described in 18 U.S.C. § 2252, and all books, magazines, periodicals, films, videotapes, and other matter which contain any such visual depictions, which



ORIGINAL

were produced, transported, mailed, shipped or received in violation of 18 U.S.C. Chapter 110; any property constituting or traceable to gross profits or other proceeds obtained from the violations charged in Count1; and, any property used or intended to be used to commit or to promote the commission of the violations charged in Count 1, and any property traceable to such property; including, but not limited to, the following:

a.)    Lenovo laptop, Model 81DE, Serial No. PF1GS92C, seized on August 19, 2025.


                                              A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.